# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**ERIC ZACHARY OLIVER,**

     **Plaintiff,**

**v.**                                                    **CASE NO.:**

**THE NIELSEN COMPANY (US) LLC,**
**a foreign limited liability company,**

     **Defendant.**

_____/

## DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant THE NIELSEN COMPANY (US) LLC, by and through its undersigned counsel, hereby gives notice of removal of the case styled *Eric Zachary Oliver v. The Nielsen Company (US) LLC,* Case No. 23-000482-CI, currently pending in the Circuit Court for the Sixth Judicial Circuit, in and for Pinellas County, Florida (the "State Court Action"), to the United States District Court for the Middle District of Florida, Tampa Division. As grounds, Defendant states as follows:

## I.    BACKGROUND

1.    On or about January 31, 2023, Plaintiff Eric Zachary Oliver filed his Complaint in the Sixth Judicial Circuit, in and for Pinellas County, Florida, initiating the State Court Action.  On February 3, 2023, Plaintiff served the Summons and

Complaint upon Defendant.  Pursuant to 28 U.S.C. § 1446(b), a true and legible copy of all processes, pleadings, motions and orders on file with the State Court Action is attached hereto as **Exhibit "A."**  No further proceedings have occurred in the State Court Action.

2.      Pursuant to 28 U.S.C. § 1446(b), Defendant has timely filed this Notice of Removal within thirty days after receipt of a copy of Plaintiff's initial pleading.

3.      Removal to this Court is proper under 28 U.S.C. § 1446(a) because the United States District Court for the Middle District of Florida, Tampa Division, is the district and division within which the Circuit Court for the Sixth Judicial Circuit in and for Pinellas County, Florida, is located.

4.      Pursuant to 28 U.S.C. § 1446(d), Defendant has provided written notice of the filing of this Notice of Removal to Plaintiff and has filed a true and correct copy of this Notice of Removal with the Clerk of the Circuit Court of the Sixth Judicial Circuit, in and for Pinellas County, Florida.  *See* **Exhibit "B."**

## II.      FEDERAL QUESTION JURISDICTION

5.      This Court has original jurisdiction over this action based on a federal question pursuant to 28 U.S.C. §1331, and therefore, this action is properly removable under 28 U.S.C. 1441(a).

6.      In applying that statutory provision, "[t]he presence or absence of federal-question jurisdiction is governed by the 'well-pleaded complaint rule,' which

provides that federal jurisdiction exists only when a federal question is presented on the face of the plaintiff's properly pleaded complaint." *Caterpillar, Inc. v. Williams*, 482 U.S. 386, 392 (1987).

7.      Plaintiff's two-count Complaint consists of allegations of interference (Count I) and retaliation (Count II) in violation of the Family and Medical Leave Act of 1993 ("FMLA"), 29 U.S.C. § 2615(a)(1-2).   Accordingly, this Court has original jurisdiction over this action based on a federal question pursuant to 28 U.S.C. § 1331, and the case is properly removable under 28 U.S.C. § 1441.

8.      Venue is proper in this Court pursuant to 28 U.S.C. §1391(b) and the Local Rules of the United States District Court for the Middle District of Florida.

**WHEREFORE,** Defendant, The Nielsen Company (US) LLC, respectfully requests that this Court take jurisdiction of this action and issue all necessary orders and process to remove *Eric Zachary Oliver v. The Nielsen Company (US) LLC,* Case No. 23-000482-CI, from the Circuit Court for the Sixth Judicial Circuit, in and for Pinellas County, Florida, to the United States District Court for the Middle District of Florida, Tampa Division.

Dated: March 3, 2023.                          Respectfully submitted,

                                                               */s/Lara J. Peppard*
                                                               Lara J. Peppard
                                                               Florida Bar No. 520055
                                                               OGLETREE, DEAKINS, NASH,

SMOAK & STEWART, P.C.
100 North Tampa Street, Suite 3600
Tampa, Florida  33602
Telephone: 813.289.1247
Facsimile:  813.289.6530
iggy.garcia@ogletree.com
lara.peppard@ogletree.com
Secondary:
denise.banach@ogletree.com
lorene.harris@ogletree.com
TAMdocketing@ogletree.com
*Counsel for Defendant*
*THE NIELSEN COMPANY (US) LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 3, 2023, the foregoing was filed with the Court using the CM/ECF System, which will send an electronic copy to all counsel of record.

*/s/ Lara J. Peppard*
Attorney