3/3/23, 9:36 AM  https://ccmspa.pinellascounty.org/PublicAccess/CaseDetail.aspx?CaseID=19261002

Case 8:23-cv-00490-KKM-J_S Document 1-2 Filed 03/08/23 Page 1 of 1 PageID 17

Skip to Main Content   Logout   My Account   Search Menu   New Civil Search   Refine Search   Back                Location : Pinellas County   **Help**

# REGISTER OF ACTIONS
### CASE NO. 23-000482-CI



| | | | |
|---|---|---|---|
| ERIC ZACHARY OLIVER Vs. THE NIELSEN COMPANY US LLC | § § § § § § | Case Type: | **DISCRIMINATION - EMPLOYMENT OR OTHER** |
| | | Date Filed: | **01/31/2023** |
| | | Location: | **Section 15** |
| | | Judicial Officer: | **JIROTKA, GEORGE M** |
| | | UNIFORM CASE NUMBER: | **522023CA000482XXCICI** |

## PARTY INFORMATION

|  |  | Attorneys |
|---|---|---|
| **DEFENDANT** | **THE NIELSEN COMPANY US LLC  A FOREIGN LIMITED LIABILITY COMPANY**<br>115 NORTH CALHOUN ST. SUITE 4<br>TALLAHASSEE, FL 32301 | |
| **PLAINTIFF** | **OLIVER, ERIC ZACHARY  A FLORIDA RESIDENT**<br><br>1440 ADAMS CIR E<br>LARGO, FL 33771 | **RYAN HERBERT AHLBERG**<br><br>AHLBERG LAW<br>1111 BRICKELL AVE 10TH FL<br>MIAMI, FL 33131<br><br>954-361-8899(W) |

## EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | | |
|---|---|---|
| 02/23/2023 | **MOTION FOR EXTENSION OF TIME FILED BY**    Doc # 5<br>  *TO RESPOND TO COMPLAINT*<br>  Party:  THE NIELSEN COMPANY US LLC | |
| 02/13/2023 | **SUMMONS - SERVED**    Doc # 4<br>  *02032023*<br>  Party:  THE NIELSEN COMPANY US LLC | |
| 02/06/2023 | **PRIMARY JUDICIAL OFFICER CHANGE (UCR)** | |
| 02/06/2023 | **DIVISIONAL ASSIGNMENT CHANGE (UCR)** | |
| 01/31/2023 | **CIVIL COVER SHEET - E-FILED**    Doc # 1 | |
| 01/31/2023 | **COMPLAINT WITH DEMAND FOR JURY TRIAL**    Doc # 2 | |
| 01/31/2023 | **SUMMONS - ISSUED**    Doc # 3<br>  Party:  THE NIELSEN COMPANY US LLC | |

## FINANCIAL INFORMATION

**PLAINTIFF** OLIVER, ERIC ZACHARY



| | |
|---|---|
| Total Financial Assessment | 410.00 |
| Total Payments and Credits | 410.00 |
| **Balance Due as of 03/03/2023** | **0.00** |

| | | | | |
|---|---|---|---|---|
| 01/31/2023 | Transaction Assessment | | | 410.00 |
| 01/31/2023 | E-FILE PAYMENT | Receipt # EF-2023-03894 | OLIVER, ERIC ZACHARY | (410.00) |