IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA

**ERIC ZACHARY OLIVER,**

    **Plaintiff,**

v.                                                                          **CASE NO. 23-000482-CI**

**THE NIELSEN COMPANY (US) LLC,**
a foreign limited liability company

    **Defendant.**
_____/

**NOTICE TO STATE COURT OF FILING NOTICE OF REMOVAL**

**PLEASE TAKE NOTICE** that on March 3, 2023, Defendant THE NIELSEN COMPANY (US) LLC, filed a Notice of Removal in the United States District Court for the Middle District of Florida, Tampa Division, pursuant to the provisions of 28 U.S.C. §§ 1331, 1441(a) and (c), and 1446(a), (b) and (d). A copy of said Notice of Removal is attached hereto as **Exhibit "1"**.

Dated:  March 3, 2023.                    Respectfully submitted,

                                                          ***/s/ Lara J. Peppard***
                                                          Lara J. Peppard, FL Bar No. 520055
                                                          OGLETREE, DEAKINS, NASH, SMOAK &
                                                          STEWART, P.C.
                                                          100 North Tampa Street, Suite 3600
                                                          Tampa, FL, 33602
                                                          P: 813.221.7239; F: 813.289.6530
                                                          lara.peppard@ogletree.com
                                                          Secondary:  denise.banach@ogletree.com
                                                           lorene.harris@ogletree.com
                                                          TAMdocketing@ogletree.com
                                                          *Counsel for Defendant THE NIELSEN COMPANY (US) LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 3, 2023, the foregoing was electronically filed with the Clerk of the Court by using the Florida ePortal CM/ECF system, which served a true and accurate copy via e-mail to:

Ryan H. Ahlberg, Esq., AHLBERG LAW, PLLC
1111 Brickell Avenue, 10th Floor, Miami, FL 33131
rahlberg@ahlberglaw.com
*Counsel for Plaintiff ERIC ZACHARY OLIVER*

/s/ *Lara J. Peppard*
Attorney