# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ERIC ZACHARY OLIVER,

    Plaintiff,

v.                              Case No.: 8:23-cv-0490-KMM-JSS

THE NIELSEN COMPANY (US) LLC,

    Defendant.

_____

## NOTICE OF A RELATED ACTION

In accordance with Local Rule 1.04(c), I certify that the instant action:

_____IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:


__X__IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

1

I further certify that I will serve a copy of this NOTICE OF A RELATED action upon each party no later than fourteen days after the appearance of the party.

Dated: March 28, 2023                                    AHLBERG LAW, PLLC

*/s/ Ryan H. Ahlberg*
Ryan H. Ahlberg (#0117360)
1111 Brickell Avenue 10th Floor
Miami, Florida 33131
(954) 361-8899
rahlberg@ahlberglaw.com
Attorney for Plaintiff
