## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**ERIC ZACHARY OLIVER,**

        **Plaintiff,**

**v.**

                                    **CASE NO.: 8:23-cv-490-KKM-JSS**

**THE NIELSEN COMPANY (US), LLC,**
**a foreign limited liability company,**

        **Defendant.**

_____/

### JOINT MOTION TO RESCHEDULE MEDIATION

Plaintiff, ERIC ZACHARY OLIVER ("Plaintiff"), and Defendant, THE NIELSEN COMPANY (US), LLC ("Defendant"), (collectively "the Parties"), hereby jointly move the Court to reschedule mediation, and state as follows:

1.      The parties have selected Marquis W. Heilig, Esq. as the Mediator in this case.

2.      On September 27, 2023, the Court issued a Mediation Order setting mediation on December 7, 2023 (Dkt.20).

3.      On October 27, 2023, Mediator Heilig informed the parties he had a conflict arise that made him unavailable for mediation on December 7, 2023.

4.      In this Court's Case Management and Scheduling Order, the discovery cut-off is December 29, 2023. The mediation deadline is January 12, 2024.

5.    The parties have agreed to reschedule the mediation with Marquis Heilig, Esq. to December 19, 2023, and Mr. Heilig is holding that date for this mediation.

6.    The new proposed mediation date is well before the January 12, 2024 deadline to complete mediation.

7.    Accordingly, the Parties respectfully request this Court grant this Joint Motion to Reschedule Mediation and allow the parties to complete mediation on December 19, 2023.

8.    This motion is not made for purposes of delay, and all Parties agree to the relief requested.

**WHEREFORE**, the Parties respectfully request that the Court grant this Joint Motion to Reschedule Mediation to December 19, 2023.

Dated:  November 15, 2023.          Respectfully submitted,

_/s/ Ryan H. Ahlberg, Esq._               _/s/ Lara J. Peppard, Esq._
Ryan H. Ahlberg; FBN: 0117360       Lara J. Peppard; FBN: 520055
AHLBERG LAW, PLLC                   Marielly Abzun; FBN: 1011245
1111 Brickell Avenue, 10th Floor    OGLETREE, DEAKINS, NASH,
Miami, FL 33131                         SMOAK & STEWART, P.C.
T:  954.361.8899                    100 North Tampa Street, Suite 3600
rahlberg@ahlberglaw.com             Tampa, FL 33602
*Counsel for Plaintiff*             T:  813.221.7239; F: 813.289.6530
*ERIC ZACHARY OLIVER*               lara.peppard@ogletree.com
                                    marielly.abzun@ogletree.com
                                    *Counsel for Defendant*
                                    *THE NIELSEN COMPANY (US), LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 15, 2023, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send an electronic copy to all counsel of record.

*/s/Lara J. Peppard, Esq.*
Attorney