**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ERIC ZACHARY OLIVER,

    Plaintiff,

v.                                      8:23-cv-490-KKM-JSS

THE NIELSEN COMPANY (US) LLC.,

    Defendant.

## MEDIATION REPORT

In accordance with the Court's mediation order, a mediation conference was held on December 19, 2023, and the results of the conference are indicated below:

(a) The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite settlement authority:

    __X__ All individual parties and their respective trial counsel.
    __X__ Designated corporate representatives.
    _____ Required claims professionals.

(b) The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered:

    _____

(c) The outcome of the mediation conference was:

    __X__ **The case has been completely settled.** In accordance with Local Rule 9.06(b), lead counsel will promptly notify the Court of settlement in accordance with Local Rule 3.08 by the filing of a settlement agreement signed by the parties and the mediator within ten (10) days of the mediation conference.

    _____ **The case has been partially resolved** and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days. The following issues remain for this Court to resolve:

_____ _____

____ **The mediation has been continued to:** (list date and time:)

_____

(Requires Court approval.)

___ ___ **The parties have reached an impasse**.

Done this 19th day of December, 2023.

                                                        /s/ Marquis W. Heilig_____
                                                      Marquis W. Heilig
                                                      Mediator
                                                      Florida Bar No.:  0029007
                                                      Mediator No.: 38917 R
                                                      Heilig & Associates, P.A.
                                                      P.O. Box 10786
                                                      Tampa, FL 33679

                                                      Mark@HeiligandAssociates.com