UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERIC ZACHARY OLIVER,

   Plaintiff,

v.                                       Case No. 8:23-cv-490-KKM-JSS

THE NIELSEN COMPANY (US) LLC.,

   Defendant.
_____

## ORDER

The parties notified the Court that a settlement is pending in this case. (Doc. 23.) Accordingly, the Clerk is directed to **STAY** and **CLOSE** this case. Within **60 days** of this order, Plaintiff may submit a stipulated settlement, move for dismissal under Federal Rule of Civil Procedure 41(a)(2), or move to reopen the action. *See* FED. R. CIV. P. 41(a)(1)–(2). If Plaintiff fails to do any of the above within sixty days, the case is **DISMISSED without prejudice** for failure to prosecute. *See* Local Rule 3.10.

      **ORDERED** in Tampa, Florida, on December 20, 2023.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge